UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL ACTION NO. 02-10017-JLT

UNITED STATES OF AMERICA

v.

THOMAS BRENNAN,
Defendant,

BRUCE SCOTT ZISKIND,
Intervenor

OPINION AND ORDER
October 24, 2013

TAURO, D.J.

This case is on remand from the First Circuit for consideration of intervenor's request for access to sealed document in light of the standards set forth by the First Circuit in *United States v. Kravetz*, 706 F.3d 47 (1st Cir. 2013). The government has filed a *Memorandum re: Sealed Documents* in which it states that, after reviewing the remaining four documents from the *Brennan* prosecution that remain under seal in whole or part in light of the particular circumstances of the case and the relevant legal standards, it does not object to unsealing the documents in their entirety. On consideration of the government's motion and the arguments therein,

1

the Court FINDS that there is not a compelling interest justifying non-disclosure of the four documents and parts of documents that remain under seal.

Accordingly, this Court ORDERS that, as expeditiously as possible:

1. Docket nos. 62, 64, 87, and 92 be unsealed in full.

This Court further ORDERS that, within three weeks, the government inform the Court of its position on whether filings made in the Court after Ziskind commenced his appeal, which do not relate to the *Brennan* prosecution but to the reasons for sealing or unsealing certain documents, should remain under seal.

It is SO ORDERED.

/s/ JTauro
HONORABLE JOSEPH L. TAURO
**UNITED STATES DISTRICT COURT JUDGE**

Dated: 10/24/13